**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Inmarketing Group, Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | **DBA  IN Marketing Group, Inc.** |
|---|---|---|
| | Include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | **22-3593785** |
|---|---|---|

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5 Fir Court**<br>**Unit 4**<br>**Oakland, NJ 07436**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.inmarketinggroup.com** |
|---|---|---|

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Inmarketing Group, Inc.__                                    Case number (*if known*) _____
          Name

| | | |
|---|---|---|

**7.   Describe debtor's business**       **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor    **Inmarketing Group, Inc.**                                          Case number (*if known*) _____
          Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
         Contact name      _____
         Phone             _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Inmarketing Group, Inc.**                                    Case number (*if known*) _____
Name

▓▓▓▓ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 14, 2019**
MM / DD / YYYY

**X**   _/s/ Alan Traiger_                            **Alan Traiger**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X**   _/s/Michael Contos_                        Date   **August 14, 2019**
Signature of attorney for debtor                    MM / DD / YYYY

**Michael Contos**
Printed name

**Wilk Auslander LLP**
Firm name

**1515 Broadway, 43rd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone   **212-981-2300**      Email address   **mcontos@wilkauslander.com**

**048632011   NJ**
Bar number and State

## WRITTEN CONSENT OF BOARD OF DIRECTORS

**WHEREAS**, Alan Trainor and David J. Weiss, the two directors of Inmarketing Group, Inc, (the "Board") a New Jersey Corporation (the "Company"), have reviewed the materials presented by the management of the Company, and

**WHEREAS**, it is the judgment of the Board, that it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;and

**WHEREAS**, the Board has approved and consented to the actions set forth below;

**THEREFORE, BE IT RESOLVED**, that either member of the Board are authorized and directed to execute and deliver all documents necessary to perfect the filing of Chapter 11 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that either member of the Board are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the bankruptcy case; and

**BE IT FURTHER RESOLVED**, that the Company is authorized and directed to employ the law firm of Wilk Auslander LLP to represent the Company in such bankruptcy case.

INMARKETING, INC.

Executed on August      , 2019       By: _____
                                          Alan Traiger
                                          Director

Executed on August      , 2019       By: _____
                                          David J. Weiss
                                          Director

01105168.1

**Fill in this information to identify the case:**

Debtor name _____Inmarketing Group, Inc._____

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __August 14, 2019__          X /s/ Alan Traiger _____
                                            Signature of individual signing on behalf of debtor

                                            **Alan Traiger** _____
                                            Printed name

                                            **President** _____
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Inmarketing Group, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Andrew Perlmutter 66 Rio Vista Dr. Allendale, NJ 07401 | | | | | | $1,004,233.24 |
| Bialetti USA 9409 Buffalo Avenue Rancho Cucamonga, CA 91730 | | | | | | $29,395.14 |
| Bulova Corporation PO Box 36138 Newark, NJ 07188-6138 | | | | | | $62,100.00 |
| C & A Marketing 114 Tived Lane East Edison, NJ 08837 | | | | | | $104,892.00 |
| Dyson, Inc. P.O. Box 2213 Carol Stream, IL 60132-2213 | | | | | | $986,753.00 |
| Garmin PO Box 842603 Kansas City, MO 64184-2603 | | | | | | $135,000.20 |
| Gibson Overseas, Inc. 2410 Yates Ave. Los Angeles, CA 90040 | Gibson Overseas, Inc. | | | | | $59,890.00 |
| H. Global Inc. 68 Jay Street, Suite 201 Brooklyn, NY 11201 | | | | | | $34,500.00 |
| Incentive Concepts, LLC PO Box 790379 St. Louis, MO 63719 | | | | | | $45,915.84 |

| Debtor | Inmarketing Group, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Integrated Premium Concepts 3 Stonybrook Blvd. Basking Ridge, NJ 07920 | | | | | | $248,479.00 |
| LG Electronics PO Box 32139 New York, NY 10087-2139 | | | | | | $219,207.30 |
| PCM Sales, Inc. c/o Law Offices of Gordon and Davis, LLP 2945 Towngate Road Westlake Village, CA 91361 | | | | | | $108,962.42 |
| Schaffer Partners, Inc. 6545 Carnegie Avenue Cleveland, OH 44103 | | | | | | $72,509.69 |
| Select Brands PO Box 123840 Dept. 3840 Dallas, TX 75312-3840 | | | | | | $53,150.00 |
| Streamline Distributors 130-19 180th Street Jamaica, NY 11434 | | | | | | $657,380.00 |
| Style Asia Inc. 101 Moonachie Avenue Moonachie, NJ 07074 | | | | | | $39,526.85 |
| Takeya 214 5th Street Huntington Beach, CA 92648 | | | | | | $32,114.70 |
| Tech Data 5350 Tech Data Drive Clearwater, FL 33760 | | | | | | $124,226.00 |
| TeleBrands 79 Two Bridges Road Fairfield, NJ 07004 | | | | | | $32,010.00 |
| Traffic Tech, Inc. 101 Roundhill Rd La Plata, PR 00786-6000 | | | | | | $53,220.00 |

Debtor    **Inmarketing Group, Inc.**
Name

Case number *(if known)*

**Fill in this information to identify the case:**

Debtor name __Inmarketing Group, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (If known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $ __0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................  $ __2,206,521.39__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................  $ __2,206,521.39__

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ __0.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................  $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ __4,513,541.74__

4. **Total liabilities** ...........................................................................
   Lines 2 + 3a + 3b

   $ __4,513,541.74__

**Fill in this information to identify the case:**

Debtor name    **Inmarketing Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.      **Cash on hand**                                                                                                   $0.00

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                                            number

4.      **Other cash equivalents** *(Identify all)*
        **Connectone**
        **(Main) 7604 - $709,667.62**
        **(Payroll) 8578 - 14,623.74**
        4.1.    **(Travelers) 5938 - $378,211**                                                            $1,102,502.36

5.      **Total of Part 1.**                                                                          $1,102,502.36
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.    **See Schedule**                                                                            $116,892.50

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Inmarketing Group, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    | $116,892.50 |
    |---|

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **771,153.47**    −    **4,926.94**    = ....    | $766,226.53 |
             face amount         doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    | $766,226.53 |
    |---|

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

    ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **See schedule** | | $0.00 | | $208,400.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    | $208,400.00 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**

    ■ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ■ No

    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       

Debtor    __Inmarketing Group, Inc._____    Case number _(If known)_ _____
       Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**Various** | **$0.00** | | **$2,500.00** |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$2,500.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Racks, Forklift, Wave machine** | **$0.00** | | **$10,000.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

| Debtor | **Inmarketing Group, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                         **$10,000.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**  Real property

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** **Software/URL's** | $0.00 | | Unknown |

61.     **Internet domain names and websites**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                      **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 4

Debtor    __Inmarketing Group, Inc._____    Case number *(If known)* _____
               Name

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    __Inmarketing Group, Inc._____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,102,502.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $116,892.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $766,226.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $208,400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,206,521.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,206,521.39 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Inmarketing Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name __Inmarketing Group, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Environmental
Protection
Office of Record Access
Attn: Bankruptcy Coordinator
Mail Code 401-06Q, PO Box 402
Trenton, NJ 08625-0402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY            ☑ No
unsecured claim: 11 U.S.C. § 507(a) (8)
                                                ☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of Health and Senior
Services
Office of Legal Regulatory Affairs
John Fitch Plaza
PO Box 360
Trenton, NJ 08625-0360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?

Specify Code subsection of PRIORITY            ☑ No
unsecured claim: 11 U.S.C. § 507(a) (8)
                                                ☐ Yes

Debtor    **Inmarketing Group, Inc.**                              Case number (if known) _____

       Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Environmental Protection Agency Region 2**
290 Broadway, 17th Floor2
New York, NY 10007-1866

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Attorney General Office**
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Inmarketing Group, Inc.**
         Name

Case number (if known) _____

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Department of Human Services**
**Office of Legal and Regulatory Affairs**
**222 South Warren Street**
**P.O. Box 700**
**Trenton, NJ 08625-0700**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Department of Labor**
**Division of Employer Accounts**
**P.O. Box 379**
**Trenton, NJ 08625-0378**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Department of Labor**
**Benefit Payment Control**
**P.O. Box 951**
**Trenton, NJ 08625-0951**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Department of Labor**
**Benefit Payment Control**
**P.O. Box 951**
**Trenton, NJ 08625-0951**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Inmarketing Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Division of Taxation Compliance and Enforcement Bankruptcy Unit**
50 Barrack Street, 9th Fl., P.O. Box 245
Trenton, NJ 08695-0267

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Jersey Motor Vehicle Commission Administrative Unit**
225 East State Street
Trenton, NJ 08666

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities Exchange Commission New York Regional Office**
3 World Financial Center, Suite 400
New York, NY 10281-1022

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Social Security Adminstration Office of the General Counsel, Region II**
26 Federal Plaza, Room 3904
New York, NY 10278

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Inmarketing Group, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**United States Attorney**
**Peter Rodino Federal Building**
**970 Broad Street, Suite 700**
**Newark, NJ 07102**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**United States Attorney General**
**Attorney General**
**United States Department of**
**Justice**
**PO Box 683**
**Washington, DC 20044**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00

**Alan Appelbaum**
**707 Dry Bulch Bend**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,297.43

**ALMO/PMC**
**PO Box 536251**
**Pittsburgh, PA 15253-5904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $262.44

**AMC Special Markets**
**5330 Merriam Drive**
**Merriam, KS 66203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Inmarketing Group, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,395.84 |
|---|---|---|---|
| | **American Fulfillment Inc.** | ☐ Contingent | |
| | **5775 12th Avenue East. Suite 110** | ☐ Unliquidated | |
| | **Shakopee, MN 55379** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414.00 |
|---|---|---|---|
| | **American Landmaster** | ☐ Contingent | |
| | **2499 S. 600 E** | ☐ Unliquidated | |
| | **Suite 102** | ☐ Disputed | |
| | **Columbia City, IN 46725** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Amrapur Overseas, Inc.** | ☐ Contingent | |
| | **1560 E. 6th Street** | ☐ Unliquidated | |
| | **Suite 101** | ☐ Disputed | |
| | **Corona, CA 92879** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004,233.24 |
|---|---|---|---|
| | **Andrew Perlmutter** | ☐ Contingent | |
| | **66 Rio Vista Dr.** | ☐ Unliquidated | |
| | **Allendale, NJ 07401** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **APPLE** | ☐ Contingent | |
| | **1 Infinite Loop** | ☐ Unliquidated | |
| | **Cupertino, CA 95014-1000** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $826.00 |
|---|---|---|---|
| | **Atoms Labs LLC** | ☐ Contingent | |
| | **2670 Firewheel Drive, Suite D** | ☐ Unliquidated | |
| | **Flower Mound, TX 75028** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Atoms Labs LLC** | ☐ Contingent | |
| | **2670 Firewheel Dr., Suite D** | ☐ Unliquidated | |
| | **Flower Mound, TX 75028** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Inmarketing Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.11** Nonpriority creditor's name and mailing address

Audio Technica
1221 Commenrce Drive
Stow, OH 44224

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.12** Nonpriority creditor's name and mailing address

Best Buy
7601 Penn Ave. S
Richfield, MN 55423

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.13** Nonpriority creditor's name and mailing address

Best Choice Products
180 Highlawn Ave.
Brooklyn, NY 11233

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.14** Nonpriority creditor's name and mailing address

Beta American Services, Inc.
40A Edison Avenue
Oakland, NJ 07436

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$838.07

---

**3.15** Nonpriority creditor's name and mailing address

Bialetti USA
9409 Buffalo Avenue
Rancho Cucamonga, CA 91730

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$29,395.14

---

**3.16** Nonpriority creditor's name and mailing address

Bike USA
2811 Broadhead Road
Bethlehem, PA 18020

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.17** Nonpriority creditor's name and mailing address

Bissell Home Care International
c/o Bissell Homecare, Inc.
PO Box 1888
Grand Rapids, MI 49501

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Inmarketing Group, Inc.**                              Case number (if known) _____

    Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Black & Decker Dewalt**
PO Box 223516
Pittsburgh, PA 15251-2516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blendtec**
1206 South 1680 West
Orem, UT 84058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blue Dot**
2707 N. Garey Ave.
Pomona, CA 91767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,553.03 |
|---|---|---|---|

**BNSF Logistics, LLC**
75 Remottamce Drive, Suite 1767
Chicago, IL 60675-1167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bodum USA**
601 West 26th Street
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Bodum USA**
601 West 26th Street
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bodum USA**
601 West 26th Street
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Inmarketing Group, Inc.**
_____

Case number (if known) _____

| | |
|---|---|
| **3.25** | Nonpriority creditor's name and mailing address |

**Bradshaw**
PO Box 740843
Los Angeles, CA 90074

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,408.21**

---

| | |
|---|---|
| **3.26** | Nonpriority creditor's name and mailing address |

**Brentwood Appliances**
3088 E. 46th St.
Los Angeles, CA 90058

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,988.00**

---

| | |
|---|---|
| **3.27** | Nonpriority creditor's name and mailing address |

**Brian Rothman**
24 Bloomingdale Drive
Hillsborough, NJ 08844

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.28** | Nonpriority creditor's name and mailing address |

**Brother**
200 Crossing Boulevard
Bridgewater, NJ 08807

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.29** | Nonpriority creditor's name and mailing address |

**Bulova Corporation**
PO Box 36138
Newark, NJ 07188-6138

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$62,100.00**

---

| | |
|---|---|
| **3.30** | Nonpriority creditor's name and mailing address |

**Byer Manufacturing Co**
PO Box 1403
Houlton, ME 04730

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$137.19**

---

| | |
|---|---|
| **3.31** | Nonpriority creditor's name and mailing address |

**Bytech**
2585 W. 13th Street
Brooklyn, NY 11223

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Inmarketing Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$104,892.00** |
| | **C & A Marketing**<br>**114 Tived Lane East**<br>**Edison, NJ 08837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$315.00** |
| | **Cabela's LLC/Bass Pro LLC**<br>**2500 E. Kearney Street**<br>**Springfield, MO 65898** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Calphalon**<br>**75 Remittance Drive**<br>**Suite 1167**<br>**Chicago, IL 60675-1167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,459.84** |
| | **Capitol Sales Company, Inc.**<br>**1245 Trapp Road, Suite 130**<br>**Saint Paul, MN 55121-1268** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$840.26** |
| | **Carlisle Sales & Marketing**<br>**41 Ludlow Way**<br>**Oakdale, NY 11769** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Carson Optical**<br>**2070 5th Ave**<br>**Ronkonkoma, NY 11779** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$421.97** |
| | **Carson Optical**<br>**2070 5th Ave**<br>**Ronkonkoma, NY 11779** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Inmarketing Group, Inc.**
_____
　　　　　Name

Case number (if known)　_____

| | |
|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** |

**Cartridge World**
**Cartridge World - Plaza 46**
**Route 46 West**
**West Paterson, NJ 07424**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$157.78**

---

| | |
|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** |

**Castle Merchandising**
**120 Fulton Avenue**
**New Hyde Park, NY 11040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,459.93**

---

| | |
|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** |

**CDW**
**200 N. Milwaukee Ave**
**Vernon Hills, IL 60061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$398.97**

---

| | |
|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** |

**Chamillia, LLC**
**1 Kenney Drive**
**Cranston, RI 02920**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** |

**Chefman**
**200 Performance Drive**
**Suite 207**
**Mahwah, NJ 07495**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** |

**CIT Group**
**PO Box 1036**
**Charlotte, NC 28201-1036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** |

**Citizen Watch Co.**
**PO Box 36138**
**Newark, NJ 07188-6138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Inmarketing Group, Inc.**
_____    Case number (if known) _____
Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Claire Chase**
1230 Johnson Ferry Place
Building 1, Suite E-3
Marietta, GA 30068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Clifton Jewelers**
852 Rt. 3 West

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |

**Clifton Jewelers**
852 Rt. 3 West
Suite 208
Clifton, NJ 07012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,326.93 |

**Coleman**
5550 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cologix**
PO Box 732353
Dallas, TX 75373-2353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Comfort Home USA**
195 Raritan Center Parkway
Edison, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Completely Bella Jewelry**
207 W. Gambier Street
Mount Vernon, OH 43050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Inmarketing Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.53** Nonpriority creditor's name and mailing address

**Computer Add Ons**
85 Denton Ave.
New Hyde Park, NY 11040

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.54** Nonpriority creditor's name and mailing address

**ConnectOne Bank**
301 Sylvan Avenue
Englewood Cliffs, NJ 07632

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.55** Nonpriority creditor's name and mailing address

**Corporate Sport Incentives**
25050 Riding Plaza
#130-272
Chantilly, VA 20152

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.56** Nonpriority creditor's name and mailing address

**Correll Brands**
PO Box 675030
Dallas, TX 75267-5030

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.57** Nonpriority creditor's name and mailing address

**Crosley Radio**
8600 Soulution Center
Chicago, IL 60677-8006

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,706.04

---

**3.58** Nonpriority creditor's name and mailing address

**Crown Credit Company**
PO Box 640352
Cincinnati, OH 45264-0352

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$338.25

---

**3.59** Nonpriority creditor's name and mailing address

**Crown Lift Trucks**
PO Box 641173
Cincinnati, OH 45264-1173

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Inmarketing Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.60** Nonpriority creditor's name and mailing address

CSC
251 Little Falls Dr.
Wilmington, DE 19808-1674

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Darren Hirt
545 West 111th Street
Apt. 7L
New York, NY 10025

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

David Yurman
Attn: Natalie Lotspeich
350 Mall Boulevard
King of Prussia, PA 19406

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

De Lage Landen Financial Service
PO Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

De Lage Landen Financial Service, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Deluxe Business Forms and Supplies
P.O. Box 74572
Cincinnati, OH 45274-2572

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$1,013.41

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Dialectic Distribution
53 Calle Palmeras
Suite 601
San Juan, PR 00901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Inmarketing Group, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$168.50**

**Diane Katzman Design**
**8505 Delmar Blvd.**
**Saint Louis, MO 63124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Diggin Active, Inc.**
**5900 Hollis Suite Q**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Diverse Promos**
**5 Fir Ct**
**Suite 4**
**Oakland, NJ 07436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DPI, Inc.**
**27033 Network Place**
**Chicago, IL 60673-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Duplitron**
**225 Sands Road**
**Suite 100**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$301.40**

**Dynamic Brands**
**P.O. Box 844566**
**Boston, MA 02284-4566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$986,753.00**

**Dyson, Inc.**
**P.O. Box 2213**
**Carol Stream, IL 60132-2213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**
_____
Name

Case number *(if known)* _____

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edifer Enterprises Canada, Inc.**
13511 Crestwood Place
Unit 10
Richmond, BC V6V 2G1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Electronic Explosion**
10570 Maple Chase Drive
Boca Raton, FL 33498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elite Creations**
211 West Stephanie Drive
Cortland, IL 60112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,227.64 |
|---|---|---|---|

**Englewood Marketing Group**
1471 Partnership Drive
Green Bay, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,645.00 |
|---|---|---|---|

**EPIC International**
7260 Edington Drive
Cincinnati, OH 45249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Tinn**
7 New England Road
Maplewood, NJ 07040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eskay Audio Video, Inc.**
4 Melissa Court
Marlboro, NJ 07746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Inmarketing Group, Inc.

Case number (if known) _____

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.20 |

**Express Services Inc**
PO Box 535434
Atlanta, GA 30353-5434

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fidelity Paper & Supply Co.**
PO Box 376
East Hanover, NJ 07936

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.70 |

**Firman Power Equipment**
8716 West Ludlow Drive, Suite 6
Peoria, AZ 85381

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fissler America Inc.**
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Fissler America, Inc.**
c/o Kemal Tolan
103 Paradise Hills Circle
Mooresville, NC 28115

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Five Star Auto Svc Ctrs Inc.**
675 11th Avenue
New York, NY 10019

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Flipper Tech**
42 Reads Way
New Castle, DE 19720

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**
_____
Name

Case number (if known) _____

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Fossil Partners LP**
PO Box 200345
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,733.50 |
|------|---|---|---|

**Fox Rothschild**
49 Market Street
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Freight Arrangers**
1175 Shaw Ave
Suite 104/185
Clovis, CA 93612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Fuji Film**
200 Sumit Lake Drive
3rd Floor
Valhalla, NY 10595-1356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.29 |
|------|---|---|---|

**Fulfillment Force**
3399 S. Lakeshore Drive
Saint Joseph, MI 49085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,000.20 |
|------|---|---|---|

**Garmin**
PO Box 842603
Kansas City, MO 64184-2603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,518.24 |
|------|---|---|---|

**GenTek**
110 West 34th Street, RM 1102
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Inmarketing Group, Inc.**                                              Case number (if known) _____
    Name

| | | |
|---|---|---|

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,890.00**

**Gibson Overseas, Inc.**
2410 Yates Ave.
Los Angeles, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gibson Overseas, Inc.**
2410 Yates Ave.
Los Angeles, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gifts of Distinction**
21 Great Plain AVe.
Wellesley, MA 02482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Goal Zero**
675 W. 14600 S.
Bluffdale, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,581.98**

**Godinger Silver**
20 Bond Street
Central Valley, NY 10917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Godiva Chocolate**
1 Meridian Blvd.
#3C1
Reading, PA 19610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Golden Hill Company**
27010 Grand Central Parkway
Suite 18V
Floral Park, NY 11005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Inmarketing Group, Inc.**
Name

Case number (if known) _____

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Grace Digital, Inc.**
10531 4S Commons Drive
Suite 430
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Great Lakes Dart Mfg. Inc.**
S84 W19093 Enterprise Dr.
Muskego, WI 53150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,130.86 |

**Great Lakes Darts Products**
S84 W19093 Enterprise Drive
Muskego, WI 53150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,500.00 |

**H. Global Inc.**
68 Jay Street, Suite 201
Brooklyn, NY 11201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Hamilton Beach Brands**
PO Box 602762
Charlotte, NC 28260-2762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Hamilton Beach Brands**
PO Box 602762
Charlotte, NC 28260-2762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,393.30 |

**Hamilton Beach Brands**
PO Box 602762
Nancy Goodman
Charlotte, NC 28260-2762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Inmarketing Group, Inc.**
_____
Name

Case number (if known)    _____

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.00** |
|---|---|---|---|

**Harco Industries**
333 S. Van Brunt Street
Attn: Saro Hartounian
Englewood, NJ 07631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,977.60** |
|---|---|---|---|

**Harman International Industries**
8500 Balboa Blvd.
Northridge, CA 91329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Helping Hand Incentives**
329 W. 18th Street
Suite 714
Chicago, IL 60616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.64** |
|---|---|---|---|

**Hercules**
7701 West 95th Street
Hickory Hills, IL 60457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,973.52** |
|---|---|---|---|

**High Sierra**
Dept CH 16939
Palatine, IL 60055-6939

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hinda Incentives**
39975 Treasury Center
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**i-Drink Products, Inc.**
6109 Jackson Road
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**                                Case number (if known) _____
_____
Name

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ID Marketing**
6366 Delbarton St.
San Diego, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.97 |

**ID Sales**
309 Professional Park Ave.
South Unit
Effingham, IL 62401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,915.84 |

**Incentive Concepts, LLC**
PO Box 790379
St. Louis, MO 63719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Incipio Technologies, Inc.**
6001 Oak Canyon
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248,479.00 |

**Integrated Premium Concepts**
3 Stonybrook Blvd.
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**iTelagen**
5901 N. Honore Ave
Sarasota, FL 34243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |

**J&J Marketing, Inc.**
2545 Chandler Ave
Suite 26
Attn: John Pendergast
Las Vegas, NV 89120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Inmarketing Group, Inc.**
        Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.123 | Nonpriority creditor's name and mailing address | $0.00 |

**JAB Sales Corp.**
**3 Nottinghan Road**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 | Nonpriority creditor's name and mailing address | $0.00 |

**Jarden Custom**
**PO Box 12748**
**Wichita, KS 67227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.125 | Nonpriority creditor's name and mailing address | $17,280.20 |

**JCS Home Appliances**
**PO Box 12748**
**Wichita, KS 67277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.126 | Nonpriority creditor's name and mailing address | $0.00 |

**JDH Sunview**
**1000 Cordova PL #816**
**Santa Fe, NM 87505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.127 | Nonpriority creditor's name and mailing address | $9,174.75 |

**Jilco**
**550 Lincoln Drive**
**Minneapolis, MN 55436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.128 | Nonpriority creditor's name and mailing address | $0.00 |

**Kamler, Lewis & Noreman LLP**
**One Linden Place**
**Great Neck, NY 11021-2640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.129 | Nonpriority creditor's name and mailing address | $0.00 |

**Keystone Incentives, LLC**
**519 American Legion Highway**
**Suite 9**
**Westport, MA 02790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Inmarketing Group, Inc.**
     Name

                                         Case number (if known)

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kleerwest**
**2225 5th Street**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,100.00 |
|---|---|---|---|

**Kole Imports**
**24600 Main St.**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lapine**
**15 Commerce Road**
**Attn: Jeff Belson**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Lenox**
**1414 Radcliffe Street**
**Bristol, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219,207.30 |
|---|---|---|---|

**LG Electronics**
**PO Box 32139**
**New York, NY 10087-2139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Libra, Inc.**
**3310 North 2nd Street**
**Minneapolis, MN 55412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Life Storage**
**1925 McLemore Dr.**
**Montgomery, AL 36117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**
_____

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Life Store 358**
**1925 McLemore Dr.**
**Montgomery, AL 36117**

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Lifetime Products, Inc.**
**PO Box 160010**
**Bldg. D-11 Freeport Center**
**Clearfield, UT 84016**

$615.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Lightbeam**
**PO Box 123533**
**Dept. 3533**
**Dallas, TX 75312-3533**

$636.58

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Links Unlimited**
**7050 Links Drive**
**Cincinnati, OH 45237**

$1,006.35

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Luxottica North America**
**12 Harbor Park Dr.**
**c/o Oakley**
**Port Washington, NY 11050**

$496.75

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**M Block & Sons - Keurig**
**1079 Paysphere Circle**
**Chicago, IL 60674-1079**

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Marilyn Levine**
**4 Nicole Terrace**
**Edison, NJ 08820**

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**                                              Case number (if known) _____

     Name

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAS Inc.**
**3965 Muriel Drive**
**Richfield, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mattel**
**333 Continental Boulevard**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matthew Montgomery**
**46 Birch Run Avenue**
**Denville, NJ 07834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maui Jim, Inc.**
**PO Box 203861**
**Dallas, TX 75320-3861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medallion Transport**
**701 East Gate Drive**
**Suite 110**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa & Doug**
**PO Box 590**
**Westport, CT 06881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,014.46 |
|---|---|---|---|

**Meridian Enterprises Corporation**
**951 Hornet Drive**
**Attn: Accounts Receivable**
**Hazelwood, CT 06304-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Inmarketing Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.151** Nonpriority creditor's name and mailing address

Mitchel Berman
122 Linda Lane
Edison, NJ 08820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.152** Nonpriority creditor's name and mailing address

Mizco International Inc.
80 Essex Avenue East
Avenel, NJ 07001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.153** Nonpriority creditor's name and mailing address

ML Marketing
4 Nicole Terrace
Edison, NJ 08820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.154** Nonpriority creditor's name and mailing address

Moda at home enterprises ltd
140 Fernstaff Cort
Units 1-2
Vaughan, ON L4K 3L8
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.155** Nonpriority creditor's name and mailing address

Moderno Kids
95A-95B Inip Drive
Inwood, NY 11096

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.156** Nonpriority creditor's name and mailing address

Mooney-General Paper Company
PO Box 3800
1451 Chestnut Ave.
Hillside, NJ 07205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.157** Nonpriority creditor's name and mailing address

Movado Group
15741 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$8,264.06

---

Debtor    **Inmarketing Group, Inc.**

Case number (if known) _____

Name

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.00 |

**National Incentive Brands**
PO Box 980
Fiskdale, MA 01518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,336.05 |

**National Presto**
3925 N. Hastings Way
Eau Claire, WI 54703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**North Atlantic Imports, LLC**
513 W. 2500 N
Logan, UT 84341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,711.51 |

**O'Rourke Sales Company**
3885 Eimpre Ave.
Unit 100
Davenport, IA 52807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Objecto**
935 Broadway
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Oenophillia**
500 Meadowlands Drive
Hillsborough, NC 27278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Office Team**
12400 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Inmarketing Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.165** | Nonpriority creditor's name and mailing address

Olympia Tools
929 N. Grand Ave.
Covina, CA 91724

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address

Omaha Steaks
11030 "O" Street
Omaha, NE 68137

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$1,115.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address

Omega Juices
3355 Enterprise Avenue
Suite 160
Fort Lauderdale, FL 33331

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address

Ore International
16026 Manning Way
Cerritos, CA 90703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address

Orrefors
PO Box 510864
Philadelphia, PA 19175

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$25.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address

Outdoor World Incentives
P.O. Box 2820
Springfield, MO 65801-2820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$613.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address

Outlook Acquisition
Attn: Avi Sakkai
1764A New Durham Road
South Plainfield, NJ 07082

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**
　　　　Name

Case number (if known) _____

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,520.00 |
|---|---|---|---|

**Ovente**
**10730 McCune Avenue**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,695.53 |
|---|---|---|---|

**P.I.S.I**
**9889 East Easter Avenue**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paderno**
**5670 Ferguson Drive**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Panacea Product**
**PO Box 951556**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patterson Commnications, Inc.**
**145 Sheldon Avenue**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.09 |
|---|---|---|---|

**Paychex**
**PO Box 4482**
**Attn: Paul Fucci**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PC Connection**
**PO Box 382808**
**Pittsburgh, PA 15250-8808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Inmarketing Group, Inc.** | Case number *(if known)* | |
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,225.72 |
|---|---|---|---|

**PC Mall**
**1940 E. Mariposa Avenue**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PC Richard & Son**
**150 Price Pkwy**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,962.42 |
|---|---|---|---|

**PCM Sales, Inc.**
**c/o Law Offices of Gordon and Davis, LLP**
**2945 Towngate Road**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PCM Sales, Inc.**
**1940 E. Mariposa Avenue**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.32 |
|---|---|---|---|

**Picnic Time**
**5131 Mareen Lane**
**Moon Park, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pilgrim Productions**
**50 Jericho Trunpike**
**Suite 105**
**Jericho, NY 11753-1014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,759.09 |
|---|---|---|---|

**Power Sales & Advertising**
**PO Box 414378**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Inmarketing Group, Inc.**                                    Case number (if known) _____
        Name

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Pradco**
5724 Highway 280 East
Birmingham, AL 35242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,762.88 |

**Premco**
9889 E Easter Street
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.72 |

**Premier Prem-Star**
242 Park Ave.
Manalapan, NJ 07726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.89 |

**Premier Product Resourcing, Inc.**
241 Park Ave
Anthone DeFelice
Manalapan, NJ 07726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Premium Bag**
The Lily Joy Building
145-50 Liberty Avenue
Jamaica, NY 11435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Premium Incentive Products**
800 E. Northwest Highway, Suite 111
Palatine, IL 60074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,597.56 |

**PremStar Incentives, Inc.**
242 Park Ave
Englishtown, NJ 07726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**

Name
Case number (if known) _____

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Priceless Resource Inc.**
63 Flushing Ave.
Bldg. 11A Mail Unit 321
Brooklyn, NY 11205

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Princess International Inc.**
1572 61st Street
Brooklyn, NY 11219

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Priority Payment Systems**
PO Box 246
Alpharetta, GA 30009

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,789.21 |
|---|---|---|---|

**Pro Am Golf**
3174 S. Brentwood Blvd.
Saint Louis, MO 63119

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pro Installers LLC**
28 Homestead Circle
Marlboro, NJ 07746

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Progressive Payment Solutions**
748 Morris Turnpike
Suite 204
Short Hills, NJ 07078

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**
       Name

Case number (if known) _____

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ragan and Ragan**
**3100 Route 138 West**
**Brinley Plaza, Building 1**
**Wall, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ReadyRefresh by Nestle**
**PO Box 856192**
**Louisville, KY 40285-6192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,312.50 |
|---|---|---|---|

**RedShift Technologies, Inc.**
**8955 Ridgline Blvd.**
**Suite 500**
**Littleton, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Replogle**
**125 Fencl Ln**
**Hillside, IL 60162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Riedel**
**95 Mayfield Avenue**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RM Brands**
**30757 Greenfield Road**
**Southfield, MI 48076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.33 |
|---|---|---|---|

**Robert Bosch Tool Corp**
**1800 West Central Road**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Inmarketing Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.207** | Nonpriority creditor's name and mailing address

**Robinson Home Products**
PO Box 936657
Atlanta, GA 31193-6657

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208** | Nonpriority creditor's name and mailing address

**Rockland Electric**
PO Box 427
Montvale, NJ 07645

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209** | Nonpriority creditor's name and mailing address

**Roku, Inc.**
150 Wincester Circle
Los Gatos, CA 95032

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210** | Nonpriority creditor's name and mailing address

**Roku, Inc.**
Dept 3118
PO Box 123118
Dallas, TX 75312-3118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211** | Nonpriority creditor's name and mailing address

**RR Donnelley/Logistics Services**
PO Box 932721
Cleveland, OH 44193

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$709.40**

---

**3.212** | Nonpriority creditor's name and mailing address

**Russell Stover Chocolates**
PO Box 913268
Denver, CO 80291

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213** | Nonpriority creditor's name and mailing address

**Sainty International, LLC**
3112 Seaborg Ave.
Ventura, CA 93003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Inmarketing Group, Inc.**                                      Case number (if known) _____
_____
Name

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sakar Industries**
195 Carter Drive
Edison, NJ 08817

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,726.40 |
|---|---|---|---|

**Samsonite Corporation**
Dept. CH19296
Palatine, IL 60055-9296

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,726.40 |
|---|---|---|---|

**Samsonite LLC**
575 West Street, Suite 110
Remit: LLC Dept. CH19296,
 Palatine IL  60055-9296 US
Mansfield, MA 02048

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sauter Management, LLC**
239 Ottowa Lane
Franklin Lakes, NJ 07417

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,509.69 |
|---|---|---|---|

**Schaffer Partners, Inc.**
6545 Carnegie Avenue
Cleveland, OH 44103

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Schenck, Price, Smith & King LLP**
220 Park Avenue
P.O. Box 991
Florham Park, NJ 07932-0991

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,002.01 |
|---|---|---|---|

**Seiko USA**
1111 MacArthur Blvd.
Mahwah, NJ 07430

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Inmarketing Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,150.00 |
|---|---|---|---|

**Select Brands**
PO Box 123840
Dept. 3840
Dallas, TX 75312-3840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,941.21 |
|---|---|---|---|

**Seminole PowerSports**
1200 Rinehart Road
Sanford, FL 32771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,208.31 |
|---|---|---|---|

**Sentry**
1 Bridge Street
Hillburn, NY 10931

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,704.20 |
|---|---|---|---|

**Sheryl O'Toole**
10742 Kahlmeyer
Saint Louis, MO 63132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shimano American Corporation**
1 Holland
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shinola/Detroit, LLC**
485 W. Milwaukee Ave.
5th Floor
Detroit, MI 48202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,778.32 |
|---|---|---|---|

**Shop Vac**
2323 Reach Road
Williamsport, PA 17701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Inmarketing Group, Inc.**
_____
Name

Case number (if known) _____

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,778.32 |
|---|---|---|---|

**Shop Vac**
**2323 Reach Road**
**Williamsport, PA 17701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Silver State Embroidery**
**2905 Meade Ave**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.46 |
|---|---|---|---|

**Snow Joe**
**Sun Joe Company Headquarters**
**305 Veterans Boulevard**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sobel & Co. LLC**
**293 Eisenhower Parkway**
**Livingston, NJ 07039-1711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sonigrace, Inc.**
**13933 Ramona Ave., Unite #E**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sound Around Inc.**
**1600 63rd St.**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,218.75 |
|---|---|---|---|

**Spectra Merchandising International Inc.**
**6739 Eagleway**
**Chicago, IL 60678-1067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Inmarketing Group, Inc.**                                    Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Stamina Products Inc.**
PO Box 1071
Springfield, MO 65801-1071

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** | **$248.24** |

**Staples Business Advantage**
PO Box 70242
Philadelphia, PA 19176-0242

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | **$342.94** |

**Star**
260 West Nyack Rd
West Nyack, NY 10994

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.238 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Stark Enterprises**
1964 Barber Road
Sarasota, FL 34240

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Steinhausen, LLC**
48 Carey Street
Lakewood, NJ 08701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Streamline**
c/o Rottenberg Lipman Rich, P.C.
New York, NY 10169

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** | **$657,380.00** |

**Streamline Distributors**
130-19 180th Street
Jamaica, NY 11434

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Inmarketing Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,526.85**

Style Asia Inc.
101 Moonachie Avenue
Moonachie, NJ 07074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Style Asia, Inc.
101 Moonachie Avenue
Moonachie, NJ 07074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sunrise Global Marketing
500 S. Main Street
Suite 450
Mooresville, NC 28115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

SuperSonic
6555 Bandini Blvd.
Commerce, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,722.01**

Supreme Office Cleaning
25 Southwood Dr.
Palisades Park, NJ 07650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

SVM, LP
200 E. Howard Avenue, Suite 220
Att: Brad Bolyard
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,035.11**

Swarovski North America Limited
1 Kenney Drive
Cranston, RI 02920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Inmarketing Group, Inc.
_____
Name

Case number *(if known)* _____

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Synnex Coporation
PO Box 406748
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,626.10**

Synnex Corporation
44201 Nobel Drive
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

T-FAL
5 Wood Hoolow Road
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$324.89**

Tactical Crusader
13950 Radium Street
#100
Ramsey, MN 55303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

TagCo USA, Inc
779 N. Church Rd.
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,114.70**

Takeya
214 5th Street
Huntington Beach, CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Tea Forte
5 Mill & Main PL
Suite 211
Maynard, MA 01754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**                                          Case number (if known) _____
      Name

| | |
|---|---|

**3.256**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.     **$124,226.00**

**Tech Data**
**5350 Tech Data Drive**
**Clearwater, FL 33760**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __      Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.     **$0.00**

**Technology Supplier**
**74 Green Street**
**Hackensack, NJ 07601**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __      Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.     **$32,010.00**

**TeleBrands**
**79 Two Bridges Road**
**Fairfield, NJ 07004**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __      Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.     **$36.00**

**Teledex Inc.**
**1 Atlas Street**
**Kenilworth, NJ 07033-1050**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __      Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.     **$0.00**

**The CIT/Commericail Sevices, Inc.**
**PO Box 1036**
**Charlotte, NC 28201-1036**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __      Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.     **$1,410.33**

**The DataDirect Group, Inc.**
**13461 Buchanan Street NE**
**Andover, MN 55304**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __      Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.     **$0.00**

**The Travelers Indemnity Company**
**One Tower Square**
**Attn: Head IT Procurement**
**Attn: Chief Contract Counsel**
**Hartford, CT 06183**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __      Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Inmarketing Group, Inc.**

Case number (if known) _____

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,386.05 |

**The Wine Enthusiast, Inc.**
**200 Summit Lake Drive**
**Valhalla, NY 10595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Thumper**
**80 Ferrier Street**
**Unit 2**
**Markham, ON L3R 2Z2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tiffany Tools**
**31915 Rancho California Rd**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Timbuk2**
**583 Shotwell Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Top Brands**
**PO Box 2706**
**Oshkosh, WI 54903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Top Brands, Inc.**
**5739 Green Valley Court**
**Oshkosh, WI 54903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.50 |

**Totally Bamboo**
**1810 Diamond Street**
**San Marcos, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**
         Name
                                                    Case number (if known) _____

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Tourneau**
3100 47th Ave.
5th Floor
Long Island City, NY 11101

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ToySmith**
3101 W. Valley Hwy. E
Sumner, WA 98390

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,220.00 |

**Traffic Tech, Inc.**
101 Roundhill Rd
La Plata, PR 00786-6000

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Travelers Choice**
c/o Earthgear Corp.
2115 East 35th Street
Brooklyn, NY 11234

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Travelers Club Luggage Inc.**
5911 Fresca Drive
La Palma, CA 90623

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Trek Bikes**
801 W. Madison St
Waterloo, WI 53594

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TriStar Products, Inc.**
2620 Westview Drive
Wyomissing, PA 19610

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Inmarketing Group, Inc.**
         _____          Case number (if known) _____
         Name

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TriStar Products, Inc.**
2620 Westview Drive
Wyomissing, PA 19610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,567.00 |
|---|---|---|---|

**TTE Technology, Inc.**
1860 Compton Ave
Corona, CA 92881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,244.63 |
|---|---|---|---|

**TUMI**
PO Box 536325
Pittsburgh, PA 15253-5905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TV Direct LLC**
385 Fifth Ave.
Suite 809
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TYE Brands Group, LLC**
2885 Sanford Ave SW
#31892
Grandville, MI 49418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,389.20 |
|---|---|---|---|

**Typhoon Homewares**
900 Merchants Concourse, Suite 211
Westbury, NY 11590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tzumi Electronics**
16 E. 34th Street
3rd Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Inmarketing Group, Inc.**

Name

Case number (if known) _____

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.80 |

**ULINE Shipping Supply Specialists**
2200 S. Lakeside Drive
Waukegan, IL 60085

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Unimaven**
74 Green Street
Hackensack, NJ 07601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Venetian**
3355 S. Las Vegas Blvd.
Las Vegas, NV 89109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $813.60 |

**Verus Sports Inc.**
1300 Virginia Drive
Suite 401
Fort Washington, PA 19034

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.93 |

**Victorinox**
PO Box 845362
Boston, MA 02284-5362

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.38 |

**Vista Outdoor Sales, LLC-Bolle**
9200 Cody
Scott Whitehead
Overland Park, KS 66214

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,121.96 |

**Vitamix Corporation**
8615 Usher Road
Attn: Danielle Cook
Olmsted Falls, OH 44138-2103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Inmarketing Group, Inc.**
_____
Name

Case number *(if known)*    _____

| | |
|---|---|
| **3.291** | Nonpriority creditor's name and mailing address |

**Vivere**
**5067 Whitelaw Road**
**Guelph, ON N1H 6J4**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.292** | Nonpriority creditor's name and mailing address |

**Warrens World**
**2655 Nostrand Avenue**
**Brooklyn, NY 11210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.293** | Nonpriority creditor's name and mailing address |

**Weston Brands**
**PO Box 603089**
**Charlotte, NC 28260-3089**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.294** | Nonpriority creditor's name and mailing address |

**Whirlpool Corporation**
**PO Box 88129**
**Chicago, IL 60695-1129**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.295** | Nonpriority creditor's name and mailing address |

**Whistler Group, Inc**
**PO Box 1760**
**Bentonville, AR 72712**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.296** | Nonpriority creditor's name and mailing address |

**WhiteCap Search Inc.**
**1185 Ave of the Americas**
**3rd Floor**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.297** | Nonpriority creditor's name and mailing address |

**WWRD US LLC**
**32501 Collection Drive**
**Chicago, IL 60693-0325**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Inmarketing Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wyze Labs, Inc.**
4030 Lake Washington Blvd. NE
Kirkland, WA 98033

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yamaha Corporation for Music**
PO Box 73035
Chicago, IL 60673-7035

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yamaha Electronics Corp.**
2199 Network Place
Chicago, IL 60673-1211

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,077.74 |
|---|---|---|---|

**Zanes Inc**
182 Cedar Street
Branford, CT 06405

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zmodo**
1401 Interstate Dr., Suite B
Champaign, IL 61822

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,513,541.74 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,513,541.74 |

Fill in this information to identify the case:

Debtor name **Inmarketing Group, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agent | |
|---|---|---|---|
| | State the term remaining | | Andrew Perlmutter |
| | List the contract number of any government contract | _____ | 66 Rio Visa Dr. Allendale, NJ 07401 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Copier | |
|---|---|---|---|
| | State the term remaining | | De Lage Landen Financial Service, Inc. |
| | List the contract number of any government contract | _____ | 1111 Old Eagle School Road Wayne, PA 19087 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Storage Contract - Life storage | |
|---|---|---|---|
| | State the term remaining | | Life Storage |
| | List the contract number of any government contract | _____ | 1925 McLemore Dr. Carrollton, GA 30117 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Agreement | |
|---|---|---|---|
| | State the term remaining | | Roku, Inc. |
| | List the contract number of any government contract | _____ | 150 Wincester Circle Los Gatos, CA 95032 |

Debtor 1  __Inmarketing Group, Inc._____  Case number _(if known)_ _____

   First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease expires 12/31/19 |
| | State the term remaining | |
| | List the contract number of any government contract | Sauter Management LLC<br>239 Ottowa Lane<br>Franklin Lakes, NJ 07417 |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Agreement |
| | State the term remaining | |
| | List the contract number of any government contract | Travelers<br>One Tower Square<br>Hartford, CT 06183 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    __Inmarketing Group, Inc.__

United States Bankruptcy Court for the:    __DISTRICT OF NEW JERSEY__

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | _____ | _____ | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | _____ | _____ | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | _____ | _____ | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    Inmarketing Group, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **Inmarketing Group, Inc.**                                          Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title
Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

Debtor    **Inmarketing Group, Inc.**                                     Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor    **Inmarketing Group, Inc.**                                    Case number *(if known)* _____

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor   **Inmarketing Group, Inc.**                                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Inmarketing Group, Inc.**                                    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 14, 2019**

**/s/ Alan Traiger**                                    **Alan Traiger**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re    **Inmarketing Group, Inc.**                                    Case No. _____

                                        Debtor(s)                   Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **35,000.00** |
| Prior to the filing of this statement I have received | $ | **35,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **See Retainer Application.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **N/A**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 14, 2019**                          **/s/ Michael Contos**
*Date*                                       **Michael Contos  048632011**
                                             *Signature of Attorney*
                                             **Wilk Auslander LLP**
                                             **1515 Broadway, 43rd Floor**
                                             **New York, NY 10036**
                                             **212-981-2300  Fax: 212-752-6380**
                                             **mcontos@wilkauslander.com**
                                             *Name of law firm*

---

# United States Bankruptcy Court
## District of New Jersey

In re   **Inmarketing Group, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alan Traiger | | 500 | Common |
| David Weiss | | 500 | Common |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 14, 2019**

Signature   **/s/ Alan Traiger**

**Alan Traiger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re  **Inmarketing Group, Inc.**

Debtor(s)

Case No. _____

Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 14, 2019**

**/s/ Alan Traiger**
**Alan Traiger/President**
Signer/Title

Alan Appelbaum
707 Dry Bulch Bend
Cedar Park, TX 78613


ALMO/PMC
PO Box 536251
Pittsburgh, PA 15253-5904


AMC Special Markets
5330 Merriam Drive
Merriam, KS 66203


American Fulfillment Inc.
5775 12th Avenue East. Suite 110
Shakopee, MN 55379


American Landmaster
2499 S. 600 E
Suite 102
Columbia City, IN 46725


Amrapur Overseas, Inc.
1560 E. 6th Street
Suite 101
Corona, CA 92879


Andrew Perlmutter
66 Rio Visa Dr.
Allendale, NJ 07401


APPLE
1 Infinite Loop
Cupertino, CA 95014-1000


Atoms Labs LLC
2670 Firewheel Dr., Suite D
Flower Mound, TX 75028


Audio Technica
1221 Commenrce Drive
Stow, OH 44224


Best Buy
7601 Penn Ave. S
Richfield, MN 55423

Best Choice Products
180 Highlawn Ave.
Brooklyn, NY 11233


Beta American Services, Inc.
40A Edison Avenue
Oakland, NJ 07436


Bialetti USA
9409 Buffalo Avenue
Rancho Cucamonga, CA 91730


Bike USA
2811 Broadhead Road
Bethlehem, PA 18020


Bissell Home Care International
c/o Bissell Homecare, Inc.
PO Box 1888
Grand Rapids, MI 49501


Black & Decker Dewalt
PO Box 223516
Pittsburgh, PA 15251-2516


Blendtec
1206 South 1680 West
Orem, UT 84058


Blue Dot
2707 N. Garey Ave.
Pomona, CA 91767


BNSF Logistics, LLC
75 Remottamce Drive, Suite 1767
Chicago, IL 60675-1167


Bodum USA
601 West 26th Street
New York, NY 10001


Bradshaw
PO Box 740843
Los Angeles, CA 90074

Brentwood Appliances
3088 E. 46th St.
Los Angeles, CA 90058


Brian Rothman
24 Bloomingdale Drive
Hillsborough, NJ 08844


Brother
200 Crossing Boulevard
Bridgewater, NJ 08807


Bulova Corporation
PO Box 36138
Newark, NJ 07188-6138


Byer Manufacturing Co
PO Box 1403
Houlton, ME 04730


Bytech
2585 W. 13th Street
Brooklyn, NY 11223


C & A Marketing
114 Tived Lane East
Edison, NJ 08837


Cabela's LLC/Bass Pro LLC
2500 E. Kearney Street
Springfield, MO 65898


Calphalon
75 Remittance Drive
Suite 1167
Chicago, IL 60675-1167


Capitol Sales Company, Inc.
1245 Trapp Road, Suite 130
Saint Paul, MN 55121-1268


Carlisle Sales & Marketing
41 Ludlow Way
Oakdale, NY 11769

Carson Optical
2070 5th Ave
Ronkonkoma, NY 11779


Cartridge World
Cartridge World - Plaza 46
Route 46 West
West Paterson, NJ 07424


Castle Merchandising
120 Fulton Avenue
New Hyde Park, NY 11040


CDW
200 N. Milwaukee Ave
Vernon Hills, IL 60061


Chamillia, LLC
1 Kenney Drive
Cranston, RI 02920


Chefman
200 Performance Drive
Suite 207
Mahwah, NJ 07495


CIT Group
PO Box 1036
Charlotte, NC 28201-1036


Citizen Watch Co.
PO Box 36138
Newark, NJ 07188-6138


Claire Chase
1230 Johnson Ferry Place
Building 1, Suite E-3
Marietta, GA 30068


Clifton Jewelers
852 Rt. 3 West
Suite 208
Clifton, NJ 07012

Coleman
5550 Paysphere Circle
Chicago, IL 60674


Cologix
PO Box 732353
Dallas, TX 75373-2353


Comfort Home USA
195 Raritan Center Parkway
Edison, NJ 08837


Completely Bella Jewelry
207 W. Gambier Street
Mount Vernon, OH 43050


Computer Add Ons
85 Denton Ave.
New Hyde Park, NY 11040


ConnectOne Bank
301 Sylvan Avenue
Englewood Cliffs, NJ 07632


Corporate Sport Incentives
25050 Riding Plaza
#130-272
Chantilly, VA 20152


Correll Brands
PO Box 675030
Dallas, TX 75267-5030


Crosley Radio
8600 Soulution Center
Chicago, IL 60677-8006


Crown Credit Company
PO Box 640352
Cincinnati, OH 45264-0352


Crown LIft Trucks
PO Box 641173
Cincinnati, OH 45264-1173

CSC
251 Little Falls Dr.
Wilmington, DE 19808-1674


Darren Hirt
545 West 111th Street
Apt. 7L
New York, NY 10025


David Yurman
Attn: Natalie Lotspeich
350 Mall Boulevard
King of Prussia, PA 19406


De Lage Landen Financial Service
PO Box 41602
Philadelphia, PA 19101-1602


De Lage Landen Financial Service, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


Deluxe Business Forms and Supplies
P.O. Box 74572
Cincinnati, OH 45274-2572


Department of Environmental  Protection
Office of Record Access
Attn: Bankruptcy Coordinator
Mail Code 401-06Q, PO Box 402
Trenton, NJ 08625-0402


Department of Health and Senior Services
Office of Legal Regulatory Affairs
John Fitch Plaza
PO Box 360
Trenton, NJ 08625-0360


Dialectic Distribution
53 Calle Palmeras
Suite 601
San Juan, PR 00901


Diane Katzman Design
8505 Delmar Blvd.
Saint Louis, MO 63124

Diggin Active, Inc.
5900 Hollis Suite Q
Emeryville, CA 94608


Diverse Promos
5 Fir Ct
Suite 4
Oakland, NJ 07436


DPI, Inc.
27033 Network Place
Chicago, IL 60673-1270


Duplitron
225 Sands Road
Suite 100
Fairfield, NJ 07004


Dynamic Brands
P.O. Box 844566
Boston, MA 02284-4566


Dyson, Inc.
P.O. Box 2213
Carol Stream, IL 60132-2213


Edifer Enterprises Canada, Inc.
13511 Crestwood Place
Unit 10
Richmond, BC V6V 2G1
CANADA


Electronic Explosion
10570 Maple Chase Drive
Boca Raton, FL 33498


Elite Creations
211 West Stephanie Drive
Cortland, IL 60112


Englewood Marketing Group
1471 Partnership Drive
Green Bay, WI 54304

Environmental Protection Agency
Region 2
290 Broadway, 17th Floor2
New York, NY 10007-1866


EPIC International
7260 Edington Drive
Cincinnati, OH 45249


Eric Tinn
7 New England Road
Maplewood, NJ 07040


Eskay Audio Video, Inc.
4 Melissa Court
Marlboro, NJ 07746


Express Services Inc
PO Box 535434
Atlanta, GA 30353-5434


Fidelity Paper & Supply Co.
PO Box 376
East Hanover, NJ 07936


Firman Power Equipment
8716 West Ludlow Drive, Suite 6
Peoria, AZ 85381


Fissler America Inc.
100 North Tryon Street
Suite 4700
Charlotte, NC 28202


Fissler America, Inc.
c/o Kemal Tolan
103 Paradise Hills Circle
Mooresville, NC 28115


Five Star Auto Svc Ctrs Inc.
675 11th Avenue
New York, NY 10019

Flipper Tech
42 Reads Way
New Castle, DE 19720


Fossil Partners LP
PO Box 200345
Dallas, TX 75320


Fox Rothschild
49 Market Street
Morristown, NJ 07960


Freight Arrangers
1175 Shaw Ave
Suite 104/185
Clovis, CA 93612


Fuji Film
200 Sumit Lake Drive
3rd Floor
Valhalla, NY 10595-1356


Fulfillment Force
3399 S. Lakeshore Drive
Saint Joseph, MI 49085


Garmin
PO Box 842603
Kansas City, MO 64184-2603


GenTek
110 West 34th Street, RM 1102
New York, NY 10001


Gibson Overseas, Inc.
2410 Yates Ave.
Los Angeles, CA 90040


Gifts of Distinction
21 Great Plain AVe.
Wellesley, MA 02482


Goal Zero
675 W. 14600 S.
Bluffdale, UT 84065

Godinger Silver
20 Bond Street
Central Valley, NY 10917


Godiva Chocolate
1 Meridian Blvd.
#3C1
Reading, PA 19610


Golden Hill Company
27010 Grand Central Parkway
Suite 18V
Floral Park, NY 11005


Grace Digital, Inc.
10531 4S Commons Drive
Suite 430
San Diego, CA 92127


Great Lakes Dart Mfg. Inc.
S84 W19093 Enterprise Dr.
Muskego, WI 53150


Great Lakes Darts Products
S84 W19093 Enterprise Drive
Muskego, WI 53150


H. Global Inc.
68 Jay Street, Suite 201
Brooklyn, NY 11201


Hamilton Beach Brands
PO Box 602762
Nancy Goodman
Charlotte, NC 28260-2762


Harco Industries
333 S. Van Brunt Street
Attn: Saro Hartounian
Englewood, NJ 07631


Harman International Industries
8500 Balboa Blvd.
Northridge, CA 91329

Helping Hand Incentives
329 W. 18th Street
Suite 714
Chicago, IL 60616


Hercules
7701 West 95th Street
Hickory Hills, IL 60457


High Sierra
Dept CH 16939
Palatine, IL 60055-6939


Hinda Incentives
39975 Treasury Center
Chicago, IL 60694


i-Drink Products, Inc.
6109 Jackson Road
Ann Arbor, MI 48103


ID Marketing
6366 Delbarton St.
San Diego, CA 92120


ID Sales
309 Professional Park Ave.
South Unit
Effingham, IL 62401


Incentive Concepts, LLC
PO Box 790379
St. Louis, MO 63719


Incipio Technologies, Inc.
6001 Oak Canyon
Irvine, CA 92618


Integrated Premium Concepts
3 Stonybrook Blvd.
Basking Ridge, NJ 07920


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


iTelagen
5901 N. Honore Ave
Sarasota, FL 34243


J&J Marketing, Inc.
2545 Chandler Ave
Suite 26
Attn: John Pendergast
Las Vegas, NV 89120


JAB Sales Corp.
3 Nottinghan Road
Livingston, NJ 07039


Jarden Custom
PO Box 12748
Wichita, KS 67227


JCS Home Appliances
PO Box 12748
Wichita, KS 67277


JDH Sunview
1000 Cordova PL #816
Santa Fe, NM 87505


Jilco
550 Lincoln Drive
Minneapolis, MN 55436


Kamler, Lewis & Noreman LLP
One Linden Place
Great Neck, NY 11021-2640


Keystone Incentives, LLC
519 American Legion Highway
Suite 9
Westport, MA 02790

Kleerwest
2225 5th Street
Berkeley, CA 94710


Kole Imports
24600 Main St.
Carson, CA 90745


Lapine
15 Commerce Road
Attn: Jeff Belson
Stamford, CT 06902


Lenox
1414 Radcliffe Street
Bristol, PA 19007


LG Electronics
PO Box 32139
New York, NY 10087-2139


Libra, Inc.
3310 North 2nd Street
Minneapolis, MN 55412


Life Storage
1925 McLemore Dr.
Montgomery, AL 36117


Life Storage
1925 McLemore Dr.
Carrollton, GA 30117


Life Store 358
1925 McLemore Dr.
Montgomery, AL 36117


Lifetime Products, Inc.
PO Box 160010
Bldg. D-11 Freeport Center
Clearfield, UT 84016

Lightbeam
PO Box 123533
Dept. 3533
Dallas, TX 75312-3533


Links Unlimited
7050 Links Drive
Cincinnati, OH 45237


Luxottica North America
12 Harbor Park Dr.
c/o Oakley
Port Washington, NY 11050


M Block & Sons - Keurig
1079 Paysphere Circle
Chicago, IL 60674-1079


Marilyn Levine
4 Nicole Terrace
Edison, NJ 08820


MAS Inc.
3965 Muriel Drive
Richfield, OH 44286


Mattel
333 Continental Boulevard
El Segundo, CA 90245


Matthew Montgomery
46 Birch Run Avenue
Denville, NJ 07834


Maui Jim, Inc.
PO Box 203861
Dallas, TX 75320-3861


Medallion Transport
701 East Gate Drive
Suite 110
Mount Laurel, NJ 08054

Melissa & Doug
PO Box 590
Westport, CT 06881


Meridian Enterprises Corporation
951 Hornet Drive
Attn: Accounts Receivable
Hazelwood, CT 06304-2000


Mitchel Berman
122 Linda Lane
Edison, NJ 08820


Mizco International Inc.
80 Essex Avenue East
Avenel, NJ 07001


ML Marketing
4 Nicole Terrace
Edison, NJ 08820


Moda at home enterprises ltd
140 Fernstaff Cort
Units 1-2
Vaughan, ON L4K 3L8
CANADA


Moderno Kids
95A-95B Inip Drive
Inwood, NY 11096


Mooney-General Paper Company
PO Box 3800
1451 Chestnut Ave.
Hillside, NJ 07205


Movado Group
15741 Collections Center Drive
Chicago, IL 60693


National Incentive Brands
PO Box 980
Fiskdale, MA 01518

National Presto
3925 N. Hastings Way
Eau Claire, WI 54703

New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

New Jersey Department of Human Services
Office of Legal and Regulatory Affairs
222 South Warren Street
P.O. Box 700
Trenton, NJ 08625-0700

New Jersey Department of Labor
Division of Employer Accounts
P.O. Box 379
Trenton, NJ 08625-0378

New Jersey Department of Labor
Benefit Payment Control
P.O. Box 951
Trenton, NJ 08625-0951

New Jersey Department of Labor
Benefit Payment Control
P.O. Box 951
Trenton, NJ 08625-0951

New Jersey Division of Taxation
Compliance and Enforcement
Bankruptcy Unit
50 Barrack Street, 9th Fl., P.O. Box 245
Trenton, NJ 08695-0267

New Jersey Motor Vehicle Commission
Administrative Unit
225 East State Street
Trenton, NJ 08666

North Atlantic Imports, LLC
513 W. 2500 N
Logan, UT 84341

O'Rourke Sales Company
3885 Eimpre Ave.
Unit 100
Davenport, IA 52807


Objecto
935 Broadway
New York, NY 10010


Oenophillia
500 Meadowlands Drive
Hillsborough, NC 27278


Office Team
12400 Collections Center Drive
Chicago, IL 60693


Olympia Tools
929 N. Grand Ave.
Covina, CA 91724


Omaha Steaks
11030 "O" Street
Omaha, NE 68137


Omega Juices
3355 Enterprise Avenue
Suite 160
Fort Lauderdale, FL 33331


Ore International
16026 Manning Way
Cerritos, CA 90703


Orrefors
PO Box 510864
Philadelphia, PA 19175


Outdoor World Incentives
P.O. Box 2820
Springfield, MO 65801-2820

Outlook Acquisition
Attn: Avi Sakkai
1764A New Durham Road
South Plainfield, NJ 07082


Ovente
10730 McCune Avenue
Los Angeles, CA 90034


P.I.S.I
9889 East Easter Avenue
Englewood, CO 80112


Paderno
5670 Ferguson Drive
Los Angeles, CA 90022


Panacea Product
PO Box 951556
Cleveland, OH 44193


Patterson Commnications, Inc.
145 Sheldon Avenue
Tarrytown, NY 10591


Paychex
PO Box 4482
Attn: Paul Fucci
Carol Stream, IL 60197


PC Connection
PO Box 382808
Pittsburgh, PA 15250-8808


PC Mall
1940 E. Mariposa Avenue
El Segundo, CA 90245


PC Richard & Son
150 Price Pkwy
Farmingdale, NY 11735

PCM Sales, Inc.
c/o Law Offices of Gordon and Davis, LLP
2945 Towngate Road
Westlake Village, CA 91361


PCM Sales, Inc.
1940 E. Mariposa Avenue
El Segundo, CA 90245


Picnic Time
5131 Mareen Lane
Moon Park, CA 93021


Pilgrim Productions
50 Jericho Trunpike
Suite 105
Jericho, NY 11753-1014


Power Sales & Advertising
PO Box 414378
Kansas City, MO 64141


Pradco
5724 Highway 280 East
Birmingham, AL 35242


Premco
9889 E Easter Street
Littleton, CO 80120


Premier Prem-Star
242 Park Ave.
Manalapan, NJ 07726


Premier Product Resourcing, Inc.
241 Park Ave
Anthone DeFelice
Manalapan, NJ 07726


Premium Bag
The Lily Joy Building
145-50 Liberty Avenue
Jamaica, NY 11435

Premium Incentive Products
800 E. Northwest Highway, Suite 111
Palatine, IL 60074


PremStar Incentives, Inc.
242 Park Ave
Englishtown, NJ 07726


Priceless Resource Inc.
63 Flushing Ave.
Bldg. 11A Mail Unit 321
Brooklyn, NY 11205


Princess International Inc.
1572 61st Street
Brooklyn, NY 11219


Priority Payment Systems
PO Box 246
Alpharetta, GA 30009


Pro Am Golf
3174 S. Brentwood Blvd.
Saint Louis, MO 63119


Pro Installers LLC
28 Homestead Circle
Marlboro, NJ 07746


Progressive Payment Solutions
748 Morris Turnpike
Suite 204
Short Hills, NJ 07078


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Ragan and Ragan
3100 Route 138 West
Brinley Plaza, Building 1
Wall, NJ 07719

ReadyRefresh by Nestle
PO Box 856192
Louisville, KY 40285-6192


RedShift Technologies, Inc.
8955 Ridgline Blvd.
Suite 500
Littleton, CO 80129


Replogle
125 Fencl Ln
Hillside, IL 60162


Riedel
95 Mayfield Avenue
Edison, NJ 08837


RM Brands
30757 Greenfield Road
Southfield, MI 48076


Robert Bosch Tool Corp
1800 West Central Road
Mount Prospect, IL 60056


Robinson Home Products
PO Box 936657
Atlanta, GA 31193-6657


Rockland Electric
PO Box 427
Montvale, NJ 07645


Roku, Inc.
Dept 3118
PO Box 123118
Dallas, TX 75312-3118


Roku, Inc.
150 Wincester Circle
Los Gatos, CA 95032


RR Donnelley/Logistics Services
PO Box 932721
Cleveland, OH 44193

Russell Stover Chocolates
PO Box 913268
Denver, CO 80291


Sainty International, LLC
3112 Seaborg Ave.
Ventura, CA 93003


Sakar Industries
195 Carter Drive
Edison, NJ 08817


Samsonite Corporation
Dept. CH19296
Palatine, IL 60055-9296


Samsonite LLC
575 West Street, Suite 110
Remit: LLC Dept. CH19296,
 Palatine IL  60055-9296 US
Mansfield, MA 02048


Sauter Management LLC
239 Ottowa Lane
Franklin Lakes, NJ 07417


Sauter Management, LLC
239 Ottowa Lane
Franklin Lakes, NJ 07417


Schaffer Partners, Inc.
6545 Carnegie Avenue
Cleveland, OH 44103


Schenck, Price, Smith & King LLP
220 Park Avenue
P.O. Box 991
Florham Park, NJ 07932-0991


Securities Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

Seiko USA
1111 MacArthur Blvd.
Mahwah, NJ 07430


Select Brands
PO Box 123840
Dept. 3840
Dallas, TX 75312-3840


Seminole PowerSports
1200 Rinehart Road
Sanford, FL 32771


Sentry
1 Bridge Street
Hillburn, NY 10931


Sheryl O'Toole
10742 Kahlmeyer
Saint Louis, MO 63132


Shimano American Corporation
1 Holland
Irvine, CA 92618


Shinola/Detroit, LLC
485 W. Milwaukee Ave.
5th Floor
Detroit, MI 48202


Shop Vac
2323 Reach Road
Williamsport, PA 17701


Silver State Embroidery
2905 Meade Ave
Las Vegas, NV 89102


Snow Joe
Sun Joe Company Headquarters
305 Veterans Boulevard
Carlstadt, NJ 07072

Sobel & Co. LLC
293 Eisenhower Parkway
Livingston, NJ 07039-1711


Social Security Adminstration
Office of the General Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278


Sonigrace, Inc.
13933 Ramona Ave., Unite #E
Chino, CA 91710


Sound Around Inc.
1600 63rd St.
Brooklyn, NY 11204


Spectra Merchandising International Inc.
6739 Eagleway
Chicago, IL 60678-1067


Stamina Products Inc.
PO Box 1071
Springfield, MO 65801-1071


Staples Business Advantage
PO Box 70242
Philadelphia, PA 19176-0242


Star
260 West Nyack Rd
West Nyack, NY 10994


Stark Enterprises
1964 Barber Road
Sarasota, FL 34240


Steinhausen, LLC
48 Carey Street
Lakewood, NJ 08701


Streamline
c/o Rottenberg Lipman Rich, P.C.
New York, NY 10169

Streamline Distributors
130-19 180th Street
Jamaica, NY 11434


Style Asia Inc.
101 Moonachie Avenue
Moonachie, NJ 07074


Style Asia, Inc.
101 Moonachie Avenue
Moonachie, NJ 07074


Sunrise Global Marketing
500 S. Main Street
Suite 450
Mooresville, NC 28115


SuperSonic
6555 Bandini Blvd.
Commerce, CA 90040


Supreme Office Cleaning
25 Southwood Dr.
Palisades Park, NJ 07650


SVM, LP
200 E. Howard Avenue, Suite 220
Att: Brad Bolyard
Des Plaines, IL 60018


Swarovski North America Limited
1 Kenney Drive
Cranston, RI 02920


Synnex Coporation
PO Box 406748
Atlanta, GA 30384


Synnex Corporation
44201 Nobel Drive
Fremont, CA 94538


T-FAL
5 Wood Hoolow Road
Parsippany, NJ 07054

Tactical Crusader
13950 Radium Street
#100
Ramsey, MN 55303


TagCo USA, Inc
779 N. Church Rd.
Elmhurst, IL 60126


Takeya
214 5th Street
Huntington Beach, CA 92648


Tea Forte
5 Mill & Main PL
Suite 211
Maynard, MA 01754


Tech Data
5350 Tech Data Drive
Clearwater, FL 33760


Technology Supplier
74 Green Street
Hackensack, NJ 07601


TeleBrands
79 Two Bridges Road
Fairfield, NJ 07004


Teledex Inc.
1 Atlas Street
Kenilworth, NJ 07033-1050


The CIT/Commericail Sevices, Inc.
PO Box 1036
Charlotte, NC 28201-1036


The DataDirect Group, Inc.
13461 Buchanan Street NE
Andover, MN 55304

The Travelers Indemnity Company
One Tower Square
Attn: Head IT Procurement
Attn: Chief Contract Counsel
Hartford, CT 06183


The Wine Enthusiast, Inc.
200 Summit Lake Drive
Valhalla, NY 10595


Thumper
80 Ferrier Street
Unit 2
Markham, ON L3R 2Z2
CANADA


Tiffany Tools
31915 Rancho California Rd
Temecula, CA 92591


Timbuk2
583 Shotwell Street
San Francisco, CA 94110


Top Brands
PO Box 2706
Oshkosh, WI 54903


Top Brands, Inc.
5739 Green Valley Court
Oshkosh, WI 54903


Totally Bamboo
1810 Diamond Street
San Marcos, CA 92075


Tourneau
3100 47th Ave.
5th Floor
Long Island City, NY 11101


ToySmith
3101 W. Valley Hwy. E
Sumner, WA 98390

Traffic Tech, Inc.
101 Roundhill Rd
La Plata, PR 00786-6000


Travelers
One Tower Square
Hartford, CT 06183


Travelers Choice
c/o Earthgear Corp.
2115 East 35th Street
Brooklyn, NY 11234


Travelers Club Luggage Inc.
5911 Fresca Drive
La Palma, CA 90623


Trek Bikes
801 W. Madison St
Waterloo, WI 53594


TriStar Products, Inc.
2620 Westview Drive
Wyomissing, PA 19610


TTE Technology, Inc.
1860 Compton Ave
Corona, CA 92881


TUMI
PO Box 536325
Pittsburgh, PA 15253-5905


TV Direct LLC
385 Fifth Ave.
Suite 809
New York, NY 10016


TYE Brands Group, LLC
2885 Sanford Ave SW
#31892
Grandville, MI 49418

Typhoon Homewares
900 Merchants Concourse, Suite 211
Westbury, NY 11590


Tzumi Electronics
16 E. 34th Street
3rd Floor
New York, NY 10016


ULINE Shipping Supply Specialists
2200 S. Lakeside Drive
Waukegan, IL 60085


Unimaven
74 Green Street
Hackensack, NJ 07601


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


United States Attorney General
Attorney General
United States Department of Justice
PO Box 683
Washington, DC 20044


Venetian
3355 S. Las Vegas Blvd.
Las Vegas, NV 89109


Verus Sports Inc.
1300 Virginia Drive
Suite 401
Fort Washington, PA 19034


Victorinox
PO Box 845362
Boston, MA 02284-5362


Vista Outdoor Sales, LLC-Bolle
9200 Cody
Scott Whitehead
Overland Park, KS 66214

Vitamix Corporation
8615 Usher Road
Attn: Danielle Cook
Olmsted Falls, OH 44138-2103


Vivere
5067 Whitelaw Road
Guelph, ON N1H 6J4
CANADA


Warrens World
2655 Nostrand Avenue
Brooklyn, NY 11210


Weston Brands
PO Box 603089
Charlotte, NC 28260-3089


Whirlpool Corporation
PO Box 88129
Chicago, IL 60695-1129


Whistler Group, Inc
PO Box 1760
Bentonville, AR 72712


WhiteCap Search Inc.
1185 Ave of the Americas
3rd Floor
New York, NY 10036


WWRD US LLC
32501 Collection Drive
Chicago, IL 60693-0325


Wyze Labs, Inc.
4030 Lake Washington Blvd. NE
Kirkland, WA 98033


Yamaha Corporation for Music
PO Box 73035
Chicago, IL 60673-7035

Yamaha Electronics Corp.
2199 Network Place
Chicago, IL 60673-1211


Zanes Inc
182 Cedar Street
Branford, CT 06405


Zmodo
1401 Interstate Dr., Suite B
Champaign, IL 61822

# United States Bankruptcy Court
## District of New Jersey

In re  __Inmarketing Group, Inc.__

Debtor(s)

Case No. _____

Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Inmarketing Group, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 14, 2019__

Date

/s/ Michael Contos

__Michael Contos  048632011__

Signature of Attorney or Litigant

Counsel for  __Inmarketing Group, Inc.__

__Wilk Auslander LLP__

__1515 Broadway, 43rd Floor__
__New York, NY 10036__
__212-981-2300 Fax:212-752-6380__
__mcontos@wilkauslander.com__